UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROBERT TREADWELL,

                Plaintiff,             Case No. 1:10-cv-560

v.                                         Honorable Paul L. Maloney

RON ALMY et al.,

                Defendants.

_____/

## ORDER FOR PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's due process and Eighth Amendment claims are

DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted

pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that the Clerk shall arrange for service of summons and

complaint, along with a copy of this order, upon Defendants.

IT IS FURTHER ORDERED that Defendants shall reply to the remaining retaliation

claim by way of answer, motion to dismiss, or motion for summary judgment within the time

allowed by law. *See* 42 U.S.C. § 1997e(g)(1).

Dated:   July 13, 2010             /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        Chief United States District Judge