UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TREADWELL,

    Plaintiff,

v.

Case No. 1:10-cv-560

HONORABLE PAUL L. MALONEY

RON ALMY, MICHAEL SINGLETON,
CHAD HARDY, and TONY HENRY,

    Defendants,
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and granting defendants' motion for summary judgment, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendants and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:   December 19, 2013                     /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District